STEPHEN KACPURA, Respondent, *v.* RUTH H. HICKS, Appellant.

Argued October 4, 1955; decided October 20, 1955.

*Jerome Otis Ellis* and *Donald L. Ochs* for appellant.
*Logan Cresap* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CONWAY, Ch. J., DESMOND, FULD, FROESSEL, VAN VOORHIS and BURKE, JJ. Taking no part: DYE, J.